JS-6

FILED
CLERK, U.S. DISTRICT COURT
9/18/29198
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNG CHOI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHI VUONG, et al.,<br><br>　　　　Defendants. | Case No. SA CV 19-0976 FMO (JPRx)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge